United States District Court
Southern District of Texas
**ENTERED**
December 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JOSE DANIEL RIVERA RODRIGUEZ,** § § | |
| Petitioner, § § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-05865** |
| § | |
| **PAM BONDI,** *et al.*, § § | |
| Respondents. § § | |

## ORDER

Before the Court is Petitioner Jose Daniel Rivera Rodriguez's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss / Motion for Summary Judgment (ECF No. 7). After considering the briefing and the applicable law, the Court **GRANTS** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Rivera-Henriquez v. Tate*, 4:25-CV-045436, (S.D. Tex. Sep. 26, 2025); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions and declines to reconsider its prior rulings in similar cases. The Court therefore **DENIES** Respondents' Motion to Dismiss (ECF No. 7).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within five days, that is, by December 21, 2025, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing on December 22, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on December 16, 2025.

_____
Keith P. Ellison
United States District Judge